# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

___

1. **Style of the Case:**
   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| <u>Party</u> | <u>Party Type</u> | <u>Attorney(s)</u> |
|---|---|---|
| Advocates for Individuals with Disabilities, Foundation, Inc. | Plaintiffs | **Peter Strojnik, Esq.**<br>**STROJNIK, P.C.**<br>**1 East Washington Street, Suite 500**<br>**Phoenix, Arizona 85004**<br>Phone: 774-768-2234<br>Email: 454NLindsay@aadi.org |
| Golden Rule Properties, LLC | Defendant | Matthew T. Anderson- State Bar No.: 025934<br>JABURG WILK<br>3200 N. Central Ave. 20th Floor<br>Phoenix, Arizona 85012<br>Phone: 602-248-1000<br>Email: mta@jaburgwilk.com |
| | | |

2. **Jury Demand:**
   Was a Jury Demand made in another jurisdiction?    Yes ☒         No
   If "Yes," by which party and on what date?

   Plaintiff                                                                                                         June 9, 2016

3. **Answer:**
   Was an Answer made in another jurisdiction?    Yes ☒         No
   If "Yes," by which party and on what date?

                                                                                                                      July 11, 2016

4. **Served Parties:**

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Golden Rule Properties, LLC | June 30, 2016 | Process Server |
| | | |
| | | |

5. **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| N/A | |
| | |
| | |

6. **Nonsuited, Dismissed or Terminated Parties:**

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| N/A | |
| | |
| | |

7. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Plaintiff | Violation of AZDA and ADA Negligent Compliance |
| | |
| | |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**