**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Matthew T. Anderson (025934)
mta@jaburgwilk.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities Foundation, Inc., | Case No. |
| Plaintiff, | **Corporate Disclosure Statement** |
| v. | |
| Golden Rule Properties, LLC, | |
| Defendant. | |

  This Corporate Disclosure Statement is filed on behalf of Defendant Golden Rule Properties, LLC, in compliance with the provisions of: *(check one)*

 __X__  Rule 7.1, Federal Rules of Civil Procedure, a non-governmental corporate party to an action in district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation

 _____  Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any governmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is not such corporation.

18828-18828-00001\MTA\KAC\2153773.1

_____   Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

__X__   No such corporation exists

_____   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  *(Attach additional pages if needed.)*
_____Relationship _____
Publicly held corporation, not a party to the case, with a financial interest in the outcome.  *List identity of corporation and the nature of financial interest.  (Attach additional pages if needed.)*

___   Other (please explain)

    **A supplemental disclosure statement will be filed upon any changes in the information provided herein.**

…

…

…

DATED this 19th day of July, 2016.

**Jaburg & Wilk, P.C.**

/s/ Matthew T. Anderson
Matthew T. Anderson
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
Attorneys for Defendant

*Certificate of Service*

I hereby certify that on 19th day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik, Esq.
STROJNIK P.C.
1East Washington Street, Suite 500
Phoenix, Arizona 85004
454Nlindsayrd@aadi.org
Attorneys for Plaintiff

/s/ Kelli Cunningham