# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities Foundation, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>Golden Rule Properties LLC,<br><br>Defendant. | Case No. 2:16-cv-02413-MHB<br><br>(Removed from the Superior Court of Arizona, County of Maricopa, No. CV2016-006775)<br><br>**ORDER** |

IT IS HEREBY ORDERED that Plaintiff's federal claims are dismissed with prejudice.

IT IS FURTHER ORDERED Plaintiffs Motion for Remand is hereby granted and this matter is remanded to the Superior Court of Arizona, County of Maricopa, where Plaintiffs can litigate their state law claims.

IT IS FURTHER ORDERED that the parties each bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED the Court vacate all upcoming hearings.

_____          _____
Date                                               Honorable Judge Burns
                                                        United States District Court Judge