Peter Strojnik, State Bar No. 6464
**STROJNIK P.C.**
1 East Washington St.
Suite 500
Phoenix, AZ 85004
(774) 768-2233
Attorney for Plaintiffs
Case Specific Email Address:
2706EUniversityDr@aid.org

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities Foundation, Inc.,     Plaintiff,<br><br>vs.<br><br>Golden Rule Properties LLC<br>                Defendants. | Case No: 2:16-cv-02413-MHB<br><br>**PLAINTIFF'S NOTICE OF ERRATA**<br><br>**(**Assigned to the Honorable Judge Burns) |

      Plaintiff, Advocates for Individuals with Disabilities Foundation, Inc., by and through counsel, hereby file their Notice of Errata regarding Plaintiff's Motion to Dismiss Federal Claims with Prejudice and Motion to Remand to State Court. This Notice of Errata is being filed to correct certain typographical or other errors contained in the Motion to Dismiss Federal Claims with Prejudice and Motion to Remand to State Court and to attach Plaintiff's Amended Motion to Dismiss Federal Claims with Prejudice and Motion to Remand to State Court, which is attached as Exhibit A.

RESPECTFULLY SUBMITTED this Friday, July 29, 2016

                                              Peter Strojnik, Esq.
                                              Attorney for Plaintiffs