Peter Strojnik, State Bar No. 6464
**Strojnik P.C.**
1 East Washington St.,
Suite 500
Phoenix, Arizona 85004

Fabian Zazueta, State Bar No. 032687
**Advocates for Individuals with Disabilities**
Telephone: (774) 768-2233
fabian@aid.org
Case Specific Email Address:
2706EUniversity@aadi.org

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities Foundation Incorporated, | Case No: CV-16-02413-PHX-GMS |
| Plaintiff, | **PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO ORDER TO SHOW CAUSE** |
| vs. | |
| Golden Rule Properties LLC, | |
| Defendants. | |

Plaintiff, Advocates for Individuals with Disabilities Foundation, Inc. ("AID"), hereby moves for an order granting Plaintiff until September 22, 2016 (14 days), to respond to the Courts Order to Show Cause ("OTC"). This is the first request for extension of time to respond to the Order in this matter.

On August 25, 2016, the Court issued an OTC for Plaintiff and Plaintiff's counsel to show cause why: (1) the case should not be dismissed for lack of standing; and (2) why it should not be sanctioned. *See* Doc. 14. Since then, Plaintiff and Plaintiff's counsel have recently retained counsel to assist in addressing the issues raised by the Court.

Plaintiff seeks additional time: (1) to allow recently retained counsel to conduct their own research due to the complexity of the issues and (2) to allow recently retained counsel to review the record and to appropriately put forth their legal arguments to support Plaintiff's position. Because the Court's standing inquiry will presumably be dispositive for all of Plaintiffs federal cases before this Court, Plaintiffs want to ensure they fully address all issues appropriately.

Plaintiffs' counsel sought a joint stipulation with Defendant's counsel, to no avail. *See* Exhibit A. Accordingly, Plaintiff is filing this motion to extend time and respectfully request the Court enter an Order to reflect the new additional deadline.

RESPECTFULLY SUBMITTED this 2nd day of September, 2016.

**STROJNIK P.C.**

/s/ Peter Strojnik
Peter Strojnik (6464)
*Lead Attorney for Plaintiffs*

*Certificate of Service*

I hereby certify that on this 2nd day of September, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jaburg & Wilk, P.C.
Matthew T. Anderson
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
mta@jaburgwilk.com

/s/ Sydney Rogers