| | |
|---|---|
| **From:** | Matthew T. Anderson |
| **To:** | "Fabian Zazueta"; ps@strojnik.com |
| **Cc:** | Aaron K. Haar; Kelli A. Cunningham |
| **Subject:** | RE: call to my office just now |
| **Date:** | Thursday, September 1, 2016 9:52:21 AM |
| **Attachments:** | image002.png |

Fabian,

Talked with the client who will not agree to the requested extension.

Matt

**MATTHEW T. ANDERSON** | Partner | 602.248.1077



This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602)248-1000, or via e-mail, and delete this message and all attachments thereto.

**From:** Fabian Zazueta [mailto:fabian@aid.org]
**Sent:** Tuesday, August 30, 2016 4:35 PM
**To:** Matthew T. Anderson; ps@strojnik.com
**Cc:** Aaron K. Haar; Kelli A. Cunningham
**Subject:** RE: call to my office just now

We are asking if you would stipulate to a two-week extension of time for the Golden Rule Properties, LLC matter (2:16-CV02413-PHX-GMS). The Order to Show Cause requires Plaintifts to submit a memorandum regarding standing and sanctions by September 8. If you agree, I'll have a stip for your review tomorrow.

Thank you,

Fabian Zazueta, *In-House Counsel*
**Advocates for Individuals with Disabilities**
40 North Central Avenue, Ste 1400
Phoenix, AZ 85004
Telephone: (774)-768-2233

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

**From:** Matthew T. Anderson [mailto:mta@jaburgwilk.com]
**Sent:** Tuesday, August 30, 2016 4:14 PM
**To:** Fabian Zazueta <fabian@aid.org>; ps@strojnik.com
**Cc:** Aaron K. Haar <akh@jaburgwilk.com>; Kelli A. Cunningham <kac@jaburgwilk.com>
**Subject:** call to my office just now

Patty from your office just called and requested an extension for something.  She talked with Kelli.  It was a Golden Rule case but I don't know what the request was.

There are so many cases at so many different stages that a written request is easier for my office to consider.  Please do so and copy everyone.

Thanks.



**MATTHEW T. ANDERSON** | Partner

3200 North Central Avenue, 20th Floor, Phoenix Arizona 85012

Direct 602.248.1077  |  Main 602.248.1000  |  Fax 602.248.0522

jaburgwilk.com   |   mta@jaburgwilk.com

This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602)248-1000, or via e-mail, and delete this message and all attachments thereto.