# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities Foundation, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Golden Rule Properties, LLC, <br><br> Defendant. | Case No: 2:16-CV-02413-GMS <br><br> **ORDER TO EXTEND TIME TO RESPOND TO ORDER TO SHOW CAUSE** |

Upon Plaintiff's Motion to Extend Time to Respond to Order to Show Cause:

**IT IS HEREBY ORDERED** Extending Time to Respond to Order to Show Cause for an additional _____ days from the date of September 8, 2016.

**DATED** this _____ day of _____, 2016.

_____
Honorable G. Murray Snow
United States District Judge