**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Matthew T. Anderson (025934)
mta@jaburgwilk.com
Aaron K. Haar (030814)
akh@jaburgwilk.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities Foundation, Inc., <br><br>Plaintiff, <br><br>v. <br><br>Golden Rule Properties, LLC, <br><br>Defendant. | Case No. 2:16-cv-02413-GMS <br><br> **NOTICE OF APPEARANCE** |

    Please take notice that Aaron K. Haar of Jaburg & Wilk, P.C., hereby enters an appearance in the above-captioned proceeding as counsel of record for Defendant Golden Rule Properties, LLC, joining Matthew T. Anderson in this representation.

    DATED this 2nd day of September, 2016.

                                **Jaburg & Wilk, P.C.**

                                /s/ Aaron K. Haar
                                Matthew T. Anderson
                                Aaron K. Haar
                                3200 N. Central Avenue, 20th Floor
                                Phoenix, AZ 85012
                                Attorneys for Defendant

*Certificate of Service*

I hereby certify that on 2<u>nd</u> day of September, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik, Esq.
Strojnik, P.C.
1East Washington Street, Suite 500
Phoenix, Arizona 85004

Fabian Zazueta, Esq.
Advocates for Individuals with Disabilities
40 N. Central Ave., Ste. 1400
Phoenix, AZ  85004
Fabian@aid.org
2706EUniversityDr@aid.org

*Attorneys for Plaintiff*


/s/  Carole Alexander