**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Matthew T. Anderson (025934)
mta@jaburgwilk.com
Aaron K. Haar (030814)
akh@jaburgwilk.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities Foundation, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Golden Rule Properties, LLC, <br><br> Defendant. | Case No. 2:16-cv-02413-GMS <br><br> **DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO ORDER TO SHOW CAUSE** <br><br> (Assigned to the Hon. G. Murray Snow) |

  Defendant Golden Rule Properties, LLC, through undersigned counsel, hereby opposes Plaintiff's Motion to Extend Time to Respond to Order to Show Cause (Doc. 16) on grounds Plaintiff presents no good cause to extend the briefing schedule and because Plaintiff's request is yet another a delay tactic, designed to further delay, compound, and multiply the proceedings.

  Rule 6(b), Fed. R. Civ. P., authorizes the Court to extend deadlines "for good cause." Plaintiff identifies no good cause why the briefing deadlines set by the Court in its August 25, 2016 Order to Show Cause (Doc. 14) should be extended. Plaintiff and its counsel argue they require an extension because they have hired new counsel to address the issues in the Court's Order. (Doc. 16). Under the circumstances, however, retaining new counsel does not present good cause for an extension.

The Order to Show Cause sets a briefing schedule and corresponding hearing for two issues: (1) why the case should not be dismissed for lack of standing; and (2) why Plaintiff and its counsel should not be sanctioned for its wasteful pre- and post-removal conduct. (Doc. 14, p. 4). But Plaintiff and its counsel should have evaluated Plaintiff's standing prior to filing the lawsuit. Plaintiff should not now have to hire counsel to determine whether it was justified in filing the lawsuit in the first place. Under Rule 11(b)(2), Fed. R. Civ. P., (and/or its state-court counterpart, Ariz. R. Civ. P. 11(a)) Plaintiff's counsel has already certified that Plaintiff's claims and legal contentions are warranted by existing law or by a nonfrivolous argument for an exception. Plaintiff has filed more than a thousand identical lawsuits. Thus, Plaintiff and counsel's request for more time to seek additional counsel for their standing argument is particularly unreasonable.

As for the issue of sanctions, Plaintiff and its counsel already possess the knowledge of all underlying facts and are in the unique position of being able to answer for their conduct. Conveying the facts to additional counsel could not take more than a brief phone call. Plaintiff and its counsel were granted two weeks to file their briefing. (See Doc. 14, p. 4). Thereafter, Plaintiff and its counsel have the opportunity to file a Reply brief two weeks later. (*Id*.) And, of course, any arguments Plaintiff and its counsel may have overlooked can be presented at the hearing set for September 29, 2016. Thus, there is no reason why Plaintiff and its counsel could reasonably require an extension of the briefing schedule.

Plaintiff's proposed extension would require the Court either to uproot the entire briefing schedule/hearing or to eliminate Defendant's opportunity to file a response. Plaintiff has compounded these proceedings enough. There is no justification for delaying the action any further. Therefore, Defendant respectfully requests that the Court maintain the current briefing schedule and deny Plaintiff's Motion to Extend Time to Respond to Order to Show Cause.

DATED this 2d day of September, 2016.

**Jaburg & Wilk, P.C.**

/s/ Aaron K. Haar
Matthew T. Anderson
Aaron K. Haar
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
Attorneys for Defendant

*Certificate of Service*

I hereby certify that on this 2d day of September, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik, Esq.
STROJNIK P.C.
1 East Washington Street, Suite 500
Phoenix, Arizona 85004
ps@strojnik.com

Fabian Zazueta, Esq.
Advocates for Individuals with Disabilities
40 North Central Ave, Suite 1400
Phoenix, AZ 85004
Telephone: (774) 768-2233
fabian@aid.org

Attorneys for Plaintiff


/s/ Carole Alexander