# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities Foundation Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Golden Rule Properties LLC,<br><br>Defendant. | No. CV-16-02413-PHX-GMS<br><br>**ORDER** |

**IT IS ORDERED** denying Plaintiff's Motion to Extend Time to Respond to Order to Show Cause (Doc. 16).

Dated this 6th day of September, 2016.

Honorable G. Murray Snow
United States District Judge