

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810    Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
Lawrence J. Felder, #019763
John D. Wilenchik, #029353
Brian J. Hembd, #029817
admin@wb-law.com
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities Foundation Incorporated,<br><br>Plaintiff;<br><br>v.<br><br>Golden Rule Properties LLC,<br><br>Defendant. | Case No. 2:16-cv-02413-PHX-GMS<br><br>**NOTICE OF LIMITED APPEARANCE**<br><br>(Assigned to the Hon. G. Murray Snow) |

NOTICE IS HEREBY GIVEN, pursuant to the DISTRICT OF ARIZONA LOCAL RULES OF CIVIL PROCEDURE, Rule 83.3, that attorneys Dennis I. Wilenchik, Lawrence J. Felder, John D. Wilenchik, and Brian J. Hembd of the law firm of Wilenchik & Bartness, P.C. hereby enter their Notice of Limited Appearance on behalf of Advocates for Individuals with Disabilities Foundation Incorporated ("Plaintiff") in the above-captioned matter as counsel of record, for the limited purpose of responding to the Order to Show Cause in this matter and related filings.

. . .

. . .

. . .

**RESPECTFULLY SUBMITTED** this September 8, 2016.

**WILENCHIK & BARTNESS, P.C.**

  */s/ John D. Wilenchik*
Dennis I. Wilenchik, Esq.
Lawrence J. Felder, Esq.
John D. Wilenchik, Esq.
Brian J. Hembd, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2016, I electronically transmitted the attached document using the CM/ECF system for filing, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

*/s/ Christine M. Ferreira*