# EXHIBIT A



# Audit

| Question | Response | Details |
|---|---|---|
| Is This Location Compliant? | No | |
| |  | |
| V1 Are accessible spaces identified with a sign that includes the International Symbol of Accessibility? | No | |

| Question | Response | Details |
|---|---|---|



| V2 Are there signs reading "Van Accessible" at van accessible spaces? | No | |
| Additional Notes: (Optional) | No sign | |

| Question | Response | Details |
|---|---|---|

**Additional Pictures: (Optional)**


Appendix 1


Appendix 2


Appendix 3

# Media





Appendix 1                                   Appendix 2



Appendix 3









E Jacob Ave

APN: 218-56-721A          Owner: SUPERSTITION SPRINGS LLC
Address: 7102 E BASELINE RD, AZ   Floor: 1



218-56-721A Parcel Results | Maricopa County Assessor's Office

# 218-56-721-A

**Parcel Type: Commercial**

SUPERSTITION SPRINGS LLC

7102 E BASELINE RD MESA 85209

## Property Information

| | |
|---|---|
| MCR #: | N/A |
| Address: | 7102 E BASELINE RD MESA 85209 |
| Latitude/Longitude: | 33.37936831 \| -111.68016003 |
| Description: | PT SEC 31 DAF COM S4 COR SD SEC 31 TH W 1040F TPOB TH CONT W 281.20F TH N 55F TH N 45D 23M W 42.43F TO ELY R/W LN EAST SUPERSTITION SPRINGS BLVD TH N 120F TO BEG CUR CONC ELY HAV RAD OF 445F TH NLY AL G SD CUR 50.69F TO INTERSEC WI NON-TAN LN TH E 86.95F TH S 59D 09M E 58.21F TH E 171.59F TH S 224.83F TPOB EX RD PER 99-168200 |
| Lot Size (Sq Ft): | 45,910 |
| Zoning: | LC |
| Section, Township, Range: | 31 1N 7E |
| Market Area/Neighborhood: | 01/007 |
| Subdivision: | Not Available |
| Lot #: | Not Available |
| High School District: | MESA UNIFIED #4 |
| Elementary School District: | MESA UNIFIED SCHOOL DISTRICT |
| Local Jurisdiction: | MESA |
| Owner: | SUPERSTITION SPRINGS LLC |
| Mailing Address: | 2870 N SWAN RD NO 100 , TUCSON, AZ 85712 |
| Deed #: | 140131800 |
| Deed Date: | February 28, 2014 |
| Sale Date: | None |
| Sale Price: | $0 |

## Valuation Data

| Tax Year: | 2017 | 2016 | 2015 | 2014 | 2013 |
|---|---|---|---|---|---|
| Full Cash Value: | $1,264,400 | $1,135,600 | $854,800 | $782,000 | $875,660 |
| Limited Property Value: | $905,263 | $862,155 | $821,100 | $782,000 | $875,660 |
| Legal Class: | 1 | 1 | 1 | 1 | 1 |
| Description: | COMMERCIAL / OTHER R/P | COMMERCIAL / OTHER R/P | COMMERCIAL / OTHER R/P | COMMERCIAL / OTHER R/P | COMMERCIAL / OTHER R/P |
| Assessment Ratio: | 18% | 18% | 18.5% | 19% | 19.5% |
| Assessed FCV: | $0 | $0 | $0 | $148,580 | $170,754 |
| Assessed LPV: | $162,947 | $155,188 | $151,904 | $148,580 | $170,754 |
| Property Use Code: | 1130 | 1130 | 1130 | 1130 | 1130 |

| PU Description: | Retail | Retail | Retail | Retail | Retail |
|---|---|---|---|---|---|
| Tax Area Code: | 041012 | 041012 | 041012 | 041012 | 041012 |

## Commercial Characteristics/Improvements

| Description | Number | Model | Quality Rank | Age | Sq Footage |
|---|---|---|---|---|---|
| Neighborhood Shopping Center | | 412 | 2 | 17 | 12,000 |
| Commercial Yard Improvements | | 353 | 2 | 17 | 1 |

Notice: The values displayed on this page may not reflect constitutional or statutory adjustments.

## Property Sketches



**CAUTION! USERS SHOULD INDEPENDENTLY RESEARCH AND VERIFY INFORMATION ON THIS WEBSITE BEFORE RELYING ON IT.**

The Assessor's Office has compiled information on this website that it uses to identify, classify, and value real and personal property. Please contact the Maricopa County S.T.A.R. Center at (602) 506-3406 if you believe any information is incomplete, out of date, or incorrect so that appropriate corrections can be addressed. Please note that a statutory process is also available to correct errors pursuant to Arizona Revised Statutes 42-16254.

The Assessor does not guarantee that any information provided on this website is accurate, complete, or current. In many instances, the Assessor has gathered information from independent sources and made it available on this site, and the original information may have contained errors and omissions. Errors and omissions may also have occurred in the process of gathering, interpreting, and reporting the information. Information on the website is not updated in "real time". In addition, users are cautioned that the process used on this site to illustrate the boundaries of the adjacent parcels is not always consistent with the recorded documents for such parcels. The parcel boundaries depicted on this site are for illustrative purposes only, and the exact relationship of adjacent parcels should be independently researched and verified. The information provided on this site is not the equivalent of a title report or a real estate survey. Users should independently research, investigate and verify all information before relying on it or in the preparation of legal documents.

**By using this website, you acknowledge having read the above and waive any right you may have to claim against Maricopa County, its officers, employees, and contractors arising out of my reliance on or the use of the information provided on this website.**

Arizona Corporation Commission eCorp

Search Date and Time:
**4/9/2016 10:44:03 AM**

File Number:
**L18922296**

Corporation Name:
**SUPERSTITION SPRINGS LLC**

Collapse | Expand



Corporate Inquiry ▲

| File Number | L18922296 |
|---|---|
| Corporation Name | SUPERSTITION SPRINGS LLC |
| Standing | Check Corporate Status |

Domestic Address ▲

2870 N SWAN RD
#100
TUCSON, AZ 85712

Statutory Agent Information ▲

**Agent Name:** STEVEN THU

**Agent Mailing/Physical Address:**

2870 N SWAN RD
#100
TUCSON, AZ 85712

**Agent Status:** APPOINTED 12/13/2013

**Agent Last Updated:** 12/31/2013

Additional Entity Information



| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 12/13/2013 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** PIMA |
| **Approval Date:** 12/31/2013 | **Original Publish Date:** |

Manager/Member Information 

| | |
|---|---|
| Name | 4-D PROPERTIES LLP |
| Title | MEMBER |
| Address | 2870 N SWAN RD<br>#100<br>TUCSON, AZ 85712 |
| Date of Taking Office | 12/13/2013 |
| Last Updated | 12/31/2013 |

Scanned Documents 

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | 04559232 |
|---|---|
| Description | PUB OF ARTICLES OF ORGANIZATION |
| Date Received | 2/7/2014 |

| Document Number | 04488792 |
|---|---|
| Description | ARTICLES OF ORGANIZATION |
| Date Received | 12/13/2013 |

Print Details

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) I Contact Us
(http://www.azcc.gov/divisions/corporations/contact-us.asp)

# EXHIBIT B



## DECLARATION

I, Shannon Pucket, being of sound mind, do hereby declare as follows:

1. I am a member of Advocates for Individuals with Disabilities Foundation Incorporated ("AID").

2. I have a child with a disability that impairs their mobility. As a result, they are confined to the use of a wheelchair.

3. I regularly travel by motor vehicle throughout the Valley of the Sun, including Mesa.

4. Because of their disability, we must travel in a motor vehicle that must park in a van-accessible handicapped parking spot.

5. I have been informed that the parking lot at 454 N. Lindsay Road in Mesa (the "Lot) does not have van-accessible signage, as required by the ADA.

6. I have been informed that there is a Safeway supermarket at the Lot with an ATM and restrooms, as well as multiple restaurants and other retail businesses.

7. The lack of van-accessible signage is a barrier to our use and access of the Lot, as it renders it more difficult for me to identify which, if any, parking spots are van-accessible.

8. I am able to, would like to, and intend to use the Lot, but the lack of van-accessible signage is a deterrent to access.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 8th day of September, 2016.


Shannon Puckett