**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Matthew T. Anderson (025934)
mta@jaburgwilk.com
Aaron K. Haar (030814)
akh@jaburgwilk.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities Foundation, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Golden Rule Properties, LLC, <br><br> Defendant. | Case No. 2:16-cv-02413-GMS <br><br> **DECLARATION OF PAUL S. FARBER, CAI/PE** <br><br> (Assigned to the Hon. G. Murray Snow) |

I, Paul S. Farber, CAI/PE, declare as follows:

1.  I am a Certified Accessibility Inspector (CAI) and Plans Examiner (PE), which are accreditations granted by the International Code Council (the "ICC"). The ICC is the organization responsible for developing and maintaining the model codes and building design standards that have been adopted by all fifty states and the District of Columbia. The accreditations require, among other things, a demonstrated mastery of design standards that comply with regulations under the Americans with Disabilities Act (the "ADA"). I am also a member of the National Association of Accessibility Consultants.

2.  I am the owner and operator of Farber Consulting, LLC, d/b/a AZ Accessibility, which offers accessibility consulting services related to the ADA and the Fair Housing Act (the "FHA"). The company specializes in plan review and site

1 inspections concerning ADA and FHA compliance. I have owned and operated the
2 company since 2008. From 2005-2008 I worked as an individual accessibility consultant.
3 Before that, I worked in New York as a real estate attorney. I have authored and published
4 various articles regarding ADA compliance in various publications. My CV is attached
5 as Exhibit "1".

6     3. I have served as an ADA expert in hundreds of other cases, and I have been
7 designated as such in many cases, including in the above-captioned matter.

8     4. On July 13, 2016, I was engaged by the defendant in the above-captioned
9 lawsuit to inspect the property at 454 N. Lindsay Rd., Mesa, Arizona 85213 (the
10 "Property") for ADA compliance. I conducted the initial inspection on July 13, 2016. My
11 inspection focused on the alleged ADA violations in the defendant's parking lot, as
12 outlined in the complaint and the "Parking Inspection Report" prepared by the plaintiff in
13 this matter. I also met with the defendant's representative, Greg Page, prior to my
14 inspection to discuss when the last changes were made to the property and what changes
15 were made.

16     5. In preparation for the inspection, I reviewed the complaint and the Parking
17 Inspection Report.

18     6. Based on my inspection, I determined that the Property had the appropriate
19 number of handicapped and van-accessible spaces under The 2010 Standards for
20 Accessible Design, which are the design standards for new builds under the ADA
21 regulations, found at subpart D of 28 CFR part 36 (the "2010 Standards").

22     7. I determined that the height of the handicapped accessibility sign was 62",
23 which complies with the required 60" height of such signs under the 2010 Standards.
24 Although the space was appropriately van accessible, the sign did not say "Van
25 Accessible" as required by the 2010 Standards.

26     8. My professional opinion is that the lack of a "Van Accessible" sign would
27 not reasonably interfere with a disabled patron's ability to make full use of the Property.

28     9. I found no other potential ADA violations during my inspection.

1  10. After the inspection, I recommended that the defendant install a "Van Accessible" sign to its pre-existing handicapped accessibility sign to ensure full compliance with the ADA. I also advised the defendant to keep the sign above 60".

11. I was later informed that the defendant had implemented my recommendations, and I returned to the Property for a follow-up inspection on September 15, 2016.

12. Based on my follow-up inspection, I determined that the parking lot at the Property is in full compliance with the ADA. The "Van Accessible" sign was installed and bolted to the pre-existing post and sign. The signage continues to comply with the 60" height requirement. Photographs taken September 15, 2016 are attached as Exhibit "2".

13. Since the "Van Accessible" sign is bolted down, it would require greater effort to remove the sign than to leave it installed. Absent vandalism, I believe the parking lot at the Property will remain ADA compliant.

I declare the foregoing to be true and correct under penalty of perjury.

DATED this 15th day of September, 2016.

_____
Paul S. Farber, CAI/PE

3

# Exhibit 1

## Paul S. Farber, CAI/PE

Farber Consulting, LLC
Phone (602) 402-9544
farberconsulting@yahoo.com
www.azaccessibility.com

Paul Farber is an Accessibility Inspector and Plans Examiner, certified by the International Code Council. Mr. Farber has been an independent property compliance consultant since 2005, specializing in accessibility under the Americans with Disabilities Act and the Fair Housing Act. He has inspected and analyzed hundreds of commercial properties throughout the United States for architectural accessibility for people with disabilities, and the methods and cost of barrier removal. These properties have included shopping centers, restaurants, hotels, retail stores, office buildings, health care facilities and apartment complexes. Mr. Farber has been recognized by the United States District Court, District of Arizona as an expert in the areas of ADA barrier identification, measurement, and the costs and methods of architectural barrier removal.

Mr. Farber is also a licensed real estate broker in the State of Arizona in good standing. He was formerly a practicing New York real estate attorney from 1998 to 2005, as well as a licensed real estate broker in New York, inactive since 2006. His former legal practice involved construction and real estate projects, including advising clientele on ADA and FHA compliance. He has specialized training in ADA and FHA accessibility recognition and methods and costs of barrier removal.

### Education

- J.D. Degree, Northeastern University School of Law, 1998
- B.A. Degree, Columbia University, 1990

### Professional Associations and Licenses

- New York State Bar (current status: *retired in good standing*)
- International Code Council, Certified Accessibility Inspector and Plans Examiner
- Arizona Department of Real Estate, Licensed Real Estate Broker
- Member, National Association of Accessibility Consultants

### Recent Publications

- *Readily Achievable Barrier Removal: the Forgotten ADA Obligation,* published in the <u>Arizona Journal of Real Estate & Business</u>, March, 2010. (Republished in <u>The Bridge,</u> *News from the Arizona Bridge to Independent Living*, Vol. XXI, No. 3, 3/10).

- *ADA Access Requirements for Medical Facilities,* published in <u>The Bridge,</u> *News from the Arizona Bridge to Independent Living*, Vol. XXII, No. 3, March 2011

- *New ADA Design Standards Take Effect March 15*, published in <u>The Bridge,</u> *News from the Arizona Bridge to Independent Living*, Vol. XXIII, No. 3, March 2012

**Employment History**

- Farber Consulting, LLC, Phoenix, AZ, Accessibility Consultant, Arizona, 2005-present
- Phillips Nizer LLP, New York, NY, Real Estate Attorney, 2000- 2005
- Schulte Roth & Zabel LLP, New York, NY, Real Estate Attorney, 1997-2000

**Testimony**

Within the last eight years, Mr. Farber has testified in depositions or hearings in the following cases, all in U.S. District Court, District of Arizona unless otherwise noted:

- *Normann v. 7th and 101 Apartments et al.*
  CV-07-02230-PHX-HRH

- *Hamblen v. Arrowhead Limited Partnership*
  CV-08-215-PHX-FJM

- *Wiele v. Inland Western Avondale McDowell, L.L.C.*
  CV08-0819-PHX-DKD

- *Hamblen v. Diamante Crossroads Plaza LLC*
  CV-08-0561-PHX-LOA

- *Wright v. BPRE 51 Thunderbird, LLC*
  CV 09-00545-PHX-MHB

- *George v. PDG America Properties, L.L.C.*
  CV-09-375-PHX-JAT

- *Wenzel v. Thomas and King, Inc.*
  CV 09-1979-PHX-DGC

- *Lucero v. Ruby, et al.*
  CV 09-00363-PHX-DKD

- *Freemyer v. Kyrene Village II LLC*
  CV 10-01506-PHX-GMS

- *George v. 9920 Camelback, LLC*
  CV10-01417-PHX-MHB

- *Wiele v. Desert Schools Federal Credit Union*
  CV 11-00267-PHX-JAT

- *Riddle v. Walmart*
  P1300-CV201100214 (Superior Court, Yavapai County)

- *Strauss v. St. Luke's Behavioral Hospital*
  CV201201964 (Superior Court, Maricopa County)

Mr. Farber has also testified before the U. S. Department of Justice in connection with the DOJ's Advance Notice of Proposed Rulemaking concerning changes to ADA regulations, December, 2010.

### Rate Schedule

- Litigation-related work, including inspection, report preparation and testimony at either trial or deposition at <u>$250 per an hour</u>.

- Non-litigation work, including inspections and report preparation, at <u>$150 per hour</u>.

- Travel time at $100 per hour (outside of Phoenix metro).

- Expenses: reasonable out-of-pocket expenses.

# Exhibit 2



