**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810   Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
Lawrence J. Felder, #019763
John D. Wilenchik, #029353
Brian J. Hembd, #029817
admin@wb-law.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Advocates for Individuals with Disabilities Foundation Incorporated,**<br><br>                              Plaintiff;<br>v.<br><br>**Golden Rule Properties LLC,**<br><br>                              Defendant. | Case No. 2:16-cv-02413-GMS<br><br>**NOTICE OF ERRATUM REGARDING EXHIBIT "A" TO PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE** |

Plaintiff Advocates for American Individuals with Disabilities Foundation Incorporated ("Plaintiff") and Peter Strojnik, Esq. and Fabian Zazueta, Esq., by and through undersigned counsel, hereby give notice of an error when filing their Exhibit "A" to Response to the Court's Order to Show Cause (Dkt. 21).  Plaintiff inadvertently transposed the Exhibit "A" in this matter with the Exhibit "A" in 2:16-cv-02298-GMS.  Plaintiff hereby files this Notice of Erratum with the correct "Exhibit A" (attached hereto) for Plaintiff's Response to the Court's Order to Show Cause (Dkt. 21).

. . .

. . .

**RESPECTFULLY SUBMITTED** this September 22, 2016.

                                **WILENCHIK & BARTNESS, P.C.**

                              */s/ John D. Wilenchik*
                              Dennis I. Wilenchik, Esq.
                              Lawrence J. Felder, Esq.
                              John D. Wilenchik, Esq.
                              Brian J. Hembd, Esq.
                              The Wilenchik & Bartness Building
                              2810 North Third Street
                              Phoenix, Arizona 85004
                              admin@wb-law.com
                              *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2016, I electronically transmitted the attached document using the CM/ECF system for filing, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

*/s/ Christine M. Ferreira*