# EXHIBIT A



## Audit

| Question | Response | Details |
|---|---|---|
| Is This Location Compliant? | No | |

| V1 Are accessible spaces identified with a sign that includes the International Symbol of Accessibility? | Yes | |

| Question | Response | Details |
|---|---|---|
| V1B Is the bottom of the sign at least 60 inches above the ground? | Yes | |

| | | |
|---|---|---|
| V2 Are there signs reading "Van Accessible" at van accessible spaces? | No | |
| Additional Notes: (Optional) | | |

| Question | Response | Details |
|---|---|---|
| Additional Pictures: (Optional) | | |

Appendix 1

Appendix 2

## Media





Appendix 1                              Appendix 2









# 140-10-442

## Parcel Type: Commercial

[GOLDEN RULE PROPERTIES LLC](#)　　　　　　　　　　[454 N LINDSAY RD MESA 85213](#)

## Property Information

| | |
|---|---|
| MCR #: | 43209 |
| Address: | 454 N LINDSAY RD MESA 85213 |
| Latitude/Longitude: | 33.42420006 | -111.77106363 |
| Description: | NORTH MESA PLAZA SECOND AMENDED MCR 432-09 |
| Lot Size (Sq Ft): | 27,862 |
| Zoning: | LC |
| Section, Township, Range: | 18 1N 6E |
| Associated Parcel(s): | 140-10-441,140-10-358,140-10-359D,140-10-440,140-10-442 |
| Market Area/Neighborhood: | 03/019 |
| Subdivision: | NORTH MESA PLAZA SECOND AMENDED |
| Lot #: | 3 |
| High School District: | MESA UNIFIED #4 |
| Elementary School District: | MESA UNIFIED SCHOOL DISTRICT |
| Local Jurisdiction: | MESA |
| Owner: | GOLDEN RULE PROPERTIES LLC |
| Mailing Address: | 11755 WILSHIRE BLVD NO 50 , LOS ANGELES, CA 90025 |
| Deed #: | 110195896 |
| Deed Date: | March 07, 2011 |
| Sale Date: | None |
| Sale Price: | $0 |

## Valuation Data

| Tax Year: | 2017 | 2016 | 2015 | 2014 | 2013 |
|---|---|---|---|---|---|
| Full Cash Value: | $506,400 | $498,700 | $405,400 | $400,500 | $441,138 |
| Limited Property Value: | $446,954 | $425,670 | $405,400 | $400,500 | $441,138 |
| Legal Class: | 1 | 1 | 1 | 1 | 1 |
| Description: | SHOPPING CENTERS | SHOPPING CENTERS | SHOPPING CENTERS | SHOPPING CENTERS | SHOPPING CENTERS |
| Assessment Ratio: | 18% | 18% | 18.5% | 19% | 19.5% |
| Assessed FCV: | $0 | $0 | $0 | $76,095 | $86,022 |
| Assessed LPV: | $80,452 | $76,621 | $74,999 | $76,095 | $86,022 |
| Property Use Code: | 1410 | 1410 | 1410 | 1410 | 1410 |
| PU Description: | Shopping Center | Shopping Center | Shopping Center | Shopping Center | Shopping Center |
| Tax Area Code: | 041000 | 041000 | 041000 | 041000 | 041000 |

# Commercial Characteristics/Improvements

| Description | Number | Model | Quality Rank | Age | Sq Footage |
|---|---|---|---|---|---|
| Neighborhood Shopping Center | | 412 | 2 | 31 | 9,595 |
| Commercial Yard Improvements | | 353 | 2 | 29 | 1 |

Notice: The values displayed on this page may not reflect constitutional or statutory adjustments.

# Property Sketches

**CAUTION! USERS SHOULD INDEPENDENTLY RESEARCH AND VERIFY INFORMATION ON THIS WEBSITE BEFORE RELYING ON IT.**

The Assessor's Office has compiled information on this website that it uses to identify, classify, and value real and personal property. Please contact the Maricopa County S.T.A.R. Center at (602) 506-3406 if you believe any information is incomplete, out of date, or incorrect so that appropriate corrections can be addressed. Please note that a statutory process is also available to correct errors pursuant to Arizona Revised Statutes 42-16254.

The Assessor does not guarantee that any information provided on this website is accurate, complete, or current. In many instances, the Assessor has gathered information from independent sources and made it available on this site, and the original information may have contained errors and omissions. Errors and omissions may also have occurred in the process of gathering, interpreting, and reporting the information. Information on the website is not updated in "real time". In addition, users are cautioned that the process used on this site to illustrate the boundaries of the adjacent parcels is not always consistent with the recorded documents for such parcels. The parcel boundaries depicted on this site are for illustrative purposes only, and the exact relationship of adjacent parcels should be independently researched and verified. The information provided on this site is not the equivalent of a title report or a real estate survey. Users should independently research, investigate and verify all information before relying on it or in the preparation of legal documents.

**By using this website, you acknowledge having read the above and waive any right you may have to claim against Maricopa County, its officers, employees, and contractors arising out of my reliance on or the use of the information provided on this website.**

Search Date and Time:
**3/23/2016 12:31:06 AM**

File Number:
**L15896258**

Corporation Name:
**GOLDEN RULE PROPERTIES LLC**

Collapse | Expand



| Corporate Inquiry | ▲ |
| --- | --- |

| **File Number** | L15896258 |
| --- | --- |
| **Corporation Name** | GOLDEN RULE PROPERTIES LLC |
| **Standing** | Check Corporate Status |

| Domestic Address | ▲ |
| --- | --- |

% PAGE CRS
443 E PAGE AVE
GILBERT, AZ 85234

| Statutory Agent Information | ▲ |
| --- | --- |

**Agent Name:** GREG PAGE

**Agent Mailing/Physical Address:**

443 E PAGE AVE
GILBERT, AZ 85234

**Agent Status:** APPOINTED 03/12/2010

**Agent Last Updated:** 07/01/2011

## Additional Entity Information 

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 3/12/2010 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 3/18/2010 | **Original Publish Date:** 4/19/2010 |

## Manager/Member Information 

| | |
|---|---|
| **Name** | NARAYAN WADHWANI |
| **Title** | MANAGER |
| **Address** | 3147 DEEP CANYON DR<br>BEVEERLY HILLS, CA 90210 |
| **Date of Taking Office** | 03/12/2010 |
| **Last Updated** | 03/18/2010 |

## Scanned Documents 

> Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| | |
|---|---|
| **Document Number** | 03517791 |
| **Description** | CHANGE(S) |
| **Date Received** | 5/19/2011 |

| Document Number | 03150214 |
|---|---|
| Description | PUB OF ARTICLES OF ORGANIZATION |
| Date Received | 5/6/2010 |
| Document Number | 03132225 |
| Description | PUB OF ARTICLES OF ORGANIZATION |
| Date Received | 4/19/2010 |
| Document Number | 03062624 |
| Description | ARTICLES OF ORGANIZATION |
| Date Received | 3/12/2010 |

Microfilm 

| Location | Entered | Description |
|---|---|---|
| 32216029005 | 3/12/2010 | ARTICLES OF ORGANIZATION |
| 32221093045 | 4/19/2010 | PUB OF ARTICLES OF ORGANIZATION |
| 32222117033 | 5/6/2010 | PUB OF ARTICLES OF ORGANIZATION |
| 32265120027 | 5/19/2011 | CHANGE(S) |

Print Details

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) I Contact Us
(http://www.azcc.gov/divisions/corporations/contact-us.asp)