**<u>DECLARATION OF PETER STROJNIK</u>**

I, Peter Strojnik, being of sound mind, do hereby declare as follows:

1. I am outside counsel for Advocates for Individuals with Disabilities Foundation Incorporated ("AID").

2. I do not receive any compensation in representing AID, *pro bono publico*, for its enforcement actions.

3. I am aware of only one prior interaction with defense counsel concerning removing and remanding cases, prior to the one at issue here. The *Sun West Dental* case (which went before Judge Tuchi) concerned the same "incident" as this case, and it does not reflect "any established practice of misleading opposing counsel," nor is there any.

4. Our (AID's, Mr. Zazueta's, and my) only prior interaction with defense counsel concerning removing and remanding cases was five days prior, on July 14, 2016; and I, along with Fabian Zazueta, recommended to AID that it voluntarily reimburse the defendants for the cost of removal, which AID (by and through Alex Callan) in fact did, promptly. Around July 14, 2016, AID paid $400 to each of the defendants represented by this same defense counsel to reimburse them for their removal costs, for a total of $3,200. AID did this in good faith, and absent any court order that it do so, because we (AID, Mr. Zazueta, and myself) acknowledged that the defendants had incurred costs in removal.

5. I believed that it was entirely proper for AID to refuse to drop its federal claims and to intend to pursue them, unless and until defense counsel actually removed the case, following the court rules as interpreted by *Baddie*. Mr. Zazueta did express that he was opposed to this, and that he believed that we should just stipulate to drop the federal claims.

6. I was not and could not have be motivated to increase litigation costs, fees, or other expense to opposing parties in that I am not compensated for my *pro bono publico* representation of

AID and ADA plaintiffs.  Furthermore, I always acted on instructions from my client AID with respect to this matter and I acted in good faith with a view of efficient and fair judicial resolution of this and all other cases.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 27th day of October, 2016.

*/s/ Peter Strojnik*

Peter Strojnik, Esq.