**DECLARATION OF ALEX CALLAN**

I, Alex Callan, being of sound mind, do hereby declare as follows:

1. I am a representative of Advocates for Individuals with Disabilities Foundation Incorporated ("AID") and am authorized to make litigation decisions on its behalf.

2. Both Peter Strojnik, Esq. and Fabian Zazueta, Esq. are in the practice of regularly obtaining my consent on behalf of AID before taking action in litigation.

3. I am aware of only one prior interaction with this defense counsel concerning removing and remanding cases, prior to the one at issue here. The *Sun West Dental* case (which went before Judge Tuchi) concerned the same "incident" as this case, and it does not reflect "any established practice of misleading opposing counsel" that I am aware of, nor is there any.

4. AID's only prior interaction with this defense counsel concerning removing and remanding cases was five days prior to this case, on July 14, 2016. Around July 14, 2016, AID paid $400 to each of the defendants represented by this same defense counsel for their removal costs, for a total of $3,200. AID did this in good faith, and absent any court order that it do so, because we acknowledged that the defendants had incurred costs in removal. I recognized the hardship incurred by opposing counsel when they advised their client removal was a good choice and due to the fact that I believed, appropriately, opposing counsel would continue to receive additional clients, decided to help them save face by paying for their removal fees.

5. Mr. Zazueta did express that he believed AID should stipulate to dismiss its federal claims before removal, in this case. Mr. Strojnik and I decided it is not appropriate to eliminate claims based upon a threat from opposing counsel and the defendant would need to actually remove the case before we took action.

6. I believed that it was entirely proper for AID to refuse to drop its federal claims and to intend to pursue them, unless and until defense counsel actually removed the case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 27th day of October, 2016.

/s/ *Alex Callan*

Alex Callan