# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities Foundation Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Golden Rule Properties LLC,<br><br>Defendant. | No. CV-16-02413-PHX-GMS<br><br>**ORDER** |

Pending before the Court is Defendant's Motion for Attorneys' Fees and Costs, Response and Reply thereto (Docs. 30, 33, 38). After review and consideration,

**IT IS HEREBY ORDERED** granting the Motion for Attorneys' Fees and Costs (Doc. 30) and awarding $9,214.00 in fees and $406.00 in costs, for a total of $9,620.00.

**IT IS FURTHER ORDERED** directing the Clerk of Court to enter judgment accordingly.

Dated this 29th day of November, 2016.

_____
Honorable G. Murray Snow
United States District Judge