Peter Strojnik, State Bar No. 6464
**Strojnik P.C.**
1East Washington St., Suite 500
Phoenix, AZ 85004

Fabian Zazueta, State Bar No. 032687
**Advocates for Individuals with Disabilities**
40 North Central Ave., Suite 1400
Phoenix, AZ 85004
Telephone: (774) 768-2233
fabian@aid.org
2706EUniversityDr@aid.org

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities Foundation, Inc.,<br><br>   Plaintiff,<br><br>v.<br><br>Golden Rule Properties, LLC,<br><br>   Defendant. | Case No. 2:16-cv-02413-PHX-GMS<br><br>**NOTICE OF APPEAL**<br><br>**(Assigned to Judge G. Murray Snow)** |

Notice is hereby given that Plaintiffs, Advocates for Individuals with Disabilities Foundation, Inc., Fabian Zazueta, and Peter Strojnik, in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order remanding this case to Arizona State Court, Awarding Defendant Attorney's Fees, and Issuing Sanctions against Plaintiff's Counsel entered in this case on October 13, 2016 (Doc. 28, attached hereto as Exhibit "A"), the Order denying Plaintiff's Motion for Reconsideration entered in this case on November 4, 2016 (Doc. 32, attached hereto as Exhibit "B"), and the Judgment on Attorney Fees entered in this case on November 29, 2016 (Doc. 40, attached hereto as Exhibit "C").

///

RESPECTFULLY SUBMITTED this 29th day of December, 2016.

                                            **STROJNIK P.C.**
                                            By: */s/ Peter Strojnik*
                                            Peter Strojnik
                                            Attorney for Plaintiff