1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities Foundation Incorporated,<br><br>        Plaintiff,<br><br>v.<br><br>Golden Rule Properties LLC,<br><br>        Defendant. | **NO. CV-16-02413-PHX-GMS**<br><br>**JUDGMENT ON ATTORNEY FEES** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed November 29, 2016, judgment is entered in favor of defendant and against plaintiff in the amount of $ 9,214.00 in fees and $406.00 in costs, for a total of $9,620.00.

Brian D. Karth
District Court Executive/Clerk of Court

November 29, 2016

By   s/ Leann Dixon
      Deputy Clerk