# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities Foundation Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Golden Rule Properties LLC,<br><br>Defendant. | No. CV-16-02413-PHX-GMS<br><br>**ORDER** |

Pending before the Court is the Parties' Joint Motion to Vacate, (Doc. 44), and Motion for Reconsideration, (Doc. 47.)

A motion for reconsideration is only proper in rare circumstances, such as where "the motion is necessary to correct manifest errors of law of fact upon which the judgment is based." *Turner v. Burlington N. Santa Fe R.R. Co.*, 338 F.3d 1058, 1063 (9th Cir. 2003) (internal quotaion and citation omitted). Upon review, the Court agrees with the parties that the prior Order on the Motion to Vacate, (Doc. 46), would cause undue confusion and was based upon a misunderstanding of the scope of the Plaintiff's appeal.

**IT IS HEREBY ORDERED** that the Motion for Reconsideration, (Doc. 47), is **GRANTED.**

///

///

///

**IT IS FURTHER ORDERED** that the Court's Order on the Motion to Dismiss, (Doc. 28), is **VACATED**. The Clerk of Court is directed to vacate the entire Order (Doc. 28)

Dated this 27th day of July, 2017.

_____
Honorable G. Murray Snow
United States District Judge

- 2 -